Michael P. Lehmann (Bar No. 77152)
Christopher L. Lebsock (Bar No. 184546)
Bonny E. Sweeney (Bar No. 176174)
Bruce J. Wecker (Bar No. 78530)
Stephanie Y. Cho (Bar No. 291903)
**HAUSFELD LLP**
44 Montgomery St.
San Francisco, CA 94104
Phone: (415) 633-1908
Fax: (415) 358- 4980

*Counsel for Plaintiff*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEACH ROAD MUSIC LLC**, individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>        vs.<br><br>**APPLE INC., and BEATS ELECTRONICS, LLC**,<br><br>                          Defendants. | Case No. 15-cv-00700<br><br>CLASS ACTION<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]** |

1    **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Beach Road

2  Music LLC hereby dismisses this action without prejudice.

3

4  Dated:    February 18, 2015          /s/   *Michael P. Lehmann*

   Michael P. Lehmann (State Bar No. 77152)
5  *mlehmann@hausfeld.com*
   Christopher L. Lebsock (State Bar No. 184546)
6  *clebsock@hausfeld.com*
   Bonny E. Sweeney (State Bar No. 176174)
7  *bsweeney@hausfeld.com*
   Bruce J. Wecker (State Bar No. 78530)
8  *bwecker@hausfeld.com*
   Stephanie Y. Cho (State Bar No. 291903)
9  *scho@hausfeld.com*
   **HAUSFELD LLP**
10 44 Montgomery St.
   San Francisco, CA 94104
11 Phone: (415) 633-1908
   Fax: (415) 358-4980
12

13
   Michael D. Hausfeld (*pro hac vice*)
14 *mhausfeld.hausfeld.com*
   James J. Pizzirusso (*pro hac vice*)
15 *jpizzirusso@hausfeld.com*
   Nathaniel C. Giddings (*pro hac vice*)
16 *ngiddings@hausfeld.com*
   **HAUSFELD LLP**
17 1700 K Street, N.W., Suite 650
   Washington, D.C. 20006
18 Phone: (202) 540-7200
   Fax: (202) 540-7201
19

20 *Counsel for Plaintiff*

21

22

23

24

25

26

27

28