1  Michael P. Lehmann (Bar No. 77152)
   Christopher L. Lebsock (Bar No. 184546)
2  Bonny E. Sweeney (Bar No. 176174)
   Bruce J. Wecker (Bar No. 78530)
3  Stephanie Y. Cho (Bar No. 291903)
   **HAUSFELD LLP**
4  44 Montgomery St.
   San Francisco, CA 94104
5  Phone: (415) 633-1908
6  Fax: (415) 358- 4980

7  *Counsel for Plaintiff*

8  [Additional Counsel on Signature Page]

   *GRANTED* — Judge Maria-Elena James

   DATED: 2/18/2015
   The Clerk shall terminate all pending deadlines and terminate the case.

9
10               **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**

11 | **BEACH ROAD MUSIC LLC**, individually and on Behalf of All Others Similarly Situated, | Case No. 15-cv-00700 |
12 | | |
13 | Plaintiff, | <u>CLASS ACTION</u> |
14 | vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
15 | **APPLE INC., and BEATS ELECTRONICS, LLC**, | **[FED. R. CIV. P. 41(a)]** |
16 | Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 15-cv-00700

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Beach Road Music LLC hereby dismisses this action without prejudice.

Dated: February 18, 2015

/s/   *Michael P. Lehmann*
Michael P. Lehmann (State Bar No. 77152)
*mlehmann@hausfeld.com*
Christopher L. Lebsock (State Bar No. 184546)
*clebsock@hausfeld.com*
Bonny E. Sweeney (State Bar No. 176174)
*bsweeney@hausfeld.com*
Bruce J. Wecker (State Bar No. 78530)
*bwecker@hausfeld.com*
Stephanie Y. Cho (State Bar No. 291903)
*scho@hausfeld.com*
**HAUSFELD LLP**
44 Montgomery St.
San Francisco, CA 94104
Phone: (415) 633-1908
Fax: (415) 358-4980

Michael D. Hausfeld (*pro hac vice*)
*mhausfeld.hausfeld.com*
James J. Pizzirusso (*pro hac vice*)
*jpizzirusso@hausfeld.com*
Nathaniel C. Giddings (*pro hac vice*)
*ngiddings@hausfeld.com*
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201

*Counsel for Plaintiff*